**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

ANDY BUTZLAFF,

    Plaintiff,                                        CASE NO. 11-CV-223

v.                                              **STIPULATION TO DISMISS**

LIGHTHOUSE RECOVERY ASSOCIATES, LLC ,

    Defendant.
_____/

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ANDY BUTZLAFF and Defendant, LIGHTHOUSE RECOVERY ASSOCIATES, LLC, stipulate, and the Court hereby orders, as follows:

The claims asserted by Plaintiff, ANDY BUTZLAFF, against Defendant, LIGHTHOUSE RECOVERY ASSOCIATES, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Both sides to bear their own fees and costs. All pending motions are hereby moot.

Error! Unknown document property

| | |
|---|---|
| | KROHN & MOSS, LTD. |
| Dated: December 8, 2011 | |
| | /s/ Michael Agruss |
| | Michael Agruss |
| | 10 N. Dearborn St., 3rd Floor |
| | Chicago, IL 60602 |
| | Attorney for Plaintiff, |
| | ANDY BUTZLAFF |
| | |
| | POWELL LAW OFFICE, P.C. |
| Dated: December 8, 2011 | |
| | /s/ Annette M. Powell |
| | Annette M. Powell |
| | Powell Law Office, P.C. |
| | PO Box 2393 |
| | Englewood CO 80150 |
| | Attorney for Defendant, |
| | LIGHTHOUSE RECOVERY ASSOCIATES, LLC |

1
2
3
4  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
5
   Dated:
6
   _____
7  The Honorable Judge
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3